UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 19-10587-DPW

IN RE: COMPLAINT OF
ATLANTIC CAPES FISHERIES, INC.,
OLD TESTAMENT FISHERIES, LLC, AS OWNER
AND OWNER PRO HAC VICE OF F/V SEA STAR,
FOR EXONERATION FROM OR   LIMITATION OF
LIABILITY

## ORDER PROVISIONALLY APPROVING APPRAISER'S REPORT OF VALUE

Upon consideration of the prayer in the Complaint in the above captioned matter, due appraisal was made to determine the value of the Plaintiffs' interest in the **F/V SEA STAR (USCG NO. 599098)** at the conclusion of the voyage on February 14, 2018, as set forth in its Complaint, it is now, to wit:

**ORDERED AND DECREED** that the Appraiser's Report states that the **F/V SEA STAR**, which consists of only its remaining immersion suits, has a **FAIR MARKET VALUE** of **$1,500.00**, and the value of **PENDING FREIGHT** was **$0.00**.

By the Court,

/s/ *Barbara I. Beatty*
_____
Deputy Clerk